**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDA SKIN CARE, INC.; SARINE MARIE INC.; DEIRMENJIAN DENTAL GROUP, INC.; VICTORVILLE GENERAL, VICTORVILLE PED, VICTORVILLE ORTHO, HESPERIA GENERAL, HESPERIA CHILDREN'S; EUROPEAN & AYKMAN JEWELRY INC.; MAMUSHI, INC.; ROYAL PROJECT, LLC; BOSH-ISH CORP.; A NEW LOOK PRINTING INC.; STEPHAN GRIGORIAN MD INC.; ANCORA CASTINGS; BRITTON CHIROPRACTIC LLC; CARLOS & CATHY HAMPARSUMAIN; HAROUT ZHAMKOCHYAN; MGR ENTERPRISES, INC. RAHMATOLA & BETY RASHIDIDOST; MIKE NADERI & REZA NADERI; SARKIS KARDOUDRIAN; WATCH CITY, INC.; BAD II LLC; PRAPION SOUSANI; IMAGE CUBE, INC.; BARBARA A. JAMES, D.D.S., A PROFESSIONAL CORPORATION; HARMONY DENTAL GROUP; JULIETTE ROSE CATERING LLC; NOOSHIN MAJD, DMD, MSD, INC.; | Case No. 2:21-cv-07997-MCS-SK<br><br>**JUDGMENT** |

| | |
|---|---|
| 1 | SARAH ZIRAKZADEH, DDS, A PROFESSIONAL DENTAL CORPORATION; and ATIKIAN, INC., |
| 2 | |
| 3 | |
| 4 | |
| 5 | Plaintiffs, |
| 6 | v. |
| 7 | SENTINEL INSURANCE COMPANY, LTD.; and DOES 1 through 15, inclusive, |
| 8 | |
| 9 | |
| 10 | Defendants. |

Pursuant to this Court's Order Granting Defendant's Motion to Dismiss,

IT IS ADJUDGED that judgment is entered in favor of Defendant Sentinel Insurance Company, Ltd. and against Plaintiffs on all claims in Plaintiffs' Complaint. The Court dismisses all claims with prejudice. Plaintiffs shall take nothing from this action, and Defendant is entitled to its costs of suit.

**IT IS SO ORDERED.**

Dated: May 6, 2022

*Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE